# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | **(For a Petty Offense)** — Short Form |
| v. | CASE NUMBER: 11-PO-00137-DLW |
| | STEVEN WELLS |
| CATHRINE ROST | (Defendant's Attorney) |

**THE DEFENDANT:** Plead guilty to count One of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 U.S.C. 3, 18 U.S.C. 13 and C.R.S. 42-4-1301(b) | Driving While Ability Impaired | July 27, 2011 | One |

## MONETARY OBLIGATIONS

      All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

|        | **Assessment** | **CVB** | **Fine**  |
|--------|----------------|---------|-----------|
| **Total:** | $10.00         | None    | $200.00   |

Additional Conditions:

      1. Defendant shall perform 24 hours of community service and furnish proof of completion to the Court.

      2. Defendant shall complete an alcohol evaluation and furnish a copy of the evaluation and recommendations to the Court by November 1, 2011. Defendant to advise the Court with what agency and where any recommended treatment is to occur. Court recommends that alcohol evaluation and any recommended treatment or program be completed by January 1, 2012.

      3. Defendant shall have no moving violations for a period of one (1) year.


09/15/11
Date of Imposition of Judgment

s/David L. West
Signature of Judicial Officer

David L. West, U.S. Magistrate Judge
Name and Title of Judicial Officer

09/15/11
Date

| 09/15/11 |
| --- |
| Date of Imposition of Judgment |

| s/David L. West |
| --- |
| Signature of Judicial Officer |

| David L. West, U.S. Magistrate Judge |
| --- |
| Name and Title of Judicial Officer |

| 09/15/11 |
| --- |
| Date |