**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal Action No. 11-PO-00137-DLW**

**UNITED STATES OF AMERICA,**

     **Plaintiff,**

**v.**

**CATHERINE ROST,**

     **Defendant.**

---

## ORDER EXONERATING BOND

---

This criminal action has proceeded to sentencing and a final judgment and conviction, and the defendant was sentenced to pay a fine and fees.  As a result, all the conditions of an appearance bond imposed by the Court as a pretrial matter to secure the Defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied.

    **IT IS HEREBY ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released.

    **DATED: September 27, 2011**.

                        **BY THE COURT:**

                        **s/David L. West**
                        **United States Magistrate Judge**